# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronald Freund,<br><br>    Plaintiff,<br><br>vs.<br><br>Academy Collection Services, Inc. and John Doe,<br><br>    Defendants. | Civil Action No. 09-cv-556 PAM/RLE |

## ORDER FOR DISMISSAL

Based upon the Stipulation of Voluntary Dismissal with Prejudice, Civil Docket number 12, filed by Plaintiff on August 17, 2009, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

                   **BY THE COURT:**

Dated: August  18 , 2009      s/Paul A. Magnuson
                       The Honorable Paul A. Magnuson
                       Judge, United States District Court